

# Missouri Court of Appeals
## Southern District

## NOVEMBER 24, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case Nos.  SD33859 & SD33860 (Consolidated)

  Re: IN THE INTERESTS OF
    J.R.L. and K.M.L.
    K.R.L.,
    Appellant,
    vs.
    GREENE COUNTY JUVENILE OFFICE,
    Respondent.

2. Case No.  SD33725

  Re: BRUCE C. BAGLEY,
    Movant-Appellant,
    vs.
    STATE OF MISSOURI,
    Respondent-Respondent.